SKC

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James William Gates, | No. CV 18-02351-PHX-DGC (BSB) |
| Petitioner, | |
| v. | **ORDER** |
| Charles L. Ryan , et al., | |
| Respondents. | |

Petitioner James William Gates, who was previously confined in the Arizona State Prison Complex (ASPC)-Florence, filed a pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). Pending before the Court is Petitioner's Motion to Dismiss Habeas Corpus Petition, in which Petitioner seeks to voluntarily dismiss his Petition on the ground that he no longer seeks Habeas Corpus relief since his release from custody, and he intends, instead, to file a civil rights action regarding his alleged wrongful imprisonment pursuant to 42 U.S.C. § 1983. (Doc. 22.) Respondent Charles L. Ryan filed a Response that he does not object to the Motion to Dismiss. (Doc. 23.)

Wherefore, for good cause showing,

**IT IS ORDERED:**

(1) Plaintiff James William Gates' Motion to Dismiss Habeas Corpus Petition (Doc. 22) is **granted**, and this action is **dismissed without prejudice**.

(2) All other pending Motions (Docs. 14, 17) and Magistrate Judge Bridget S. Bade's Report and Recommendation (Doc. 21) regarding Plaintiff's Motion for Summary

Judgment are **denied as moot**.

(3) The Clerk of Court is directed to **terminate** this action.

Dated this 1st day of April, 2019.

David G. Campbell
Senior United States District Judge